AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| The District of Columbia and the State of Maryland<br><br>*Plaintiff(s)*<br>v.<br>Donald J. Trump in his official capacity as President of the United States<br><br>*Defendant(s)* | Civil Action No. 17-cv-01596 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Jefferson B. Sessions, III
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Natalie O. Ludaway
Chief Deputy Attorney General for the
 District of Columbia
441 Fourth Street, N.W.
Washington, DC 20001
(T: (202) 724-1521

Steven M. Sullivan
Assisant Attorney General for the
 State of Maryland
200 St. Paul Place, 20th Floor
Baltimore, Maryland 21202
T: (410) 576-6325

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                                                                                  *Signature of Clerk or Deputy Clerk*