**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| THE DISTRICT OF COLUMBIA<br>and THE STATE OF MARYLAND,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>DONALD J. TRUMP,<br><br>　　Defendant. | Civil Action No. 17-cv-01596 |

**ENTRY OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

　　Enter my appearance as counsel in this case for the State of Maryland.

　　I certify that I am admitted to practice in this Court.


**J**une **12, 2107**　　　　　　　　　　　　　　　*/s/ Patrick B. Hughes*

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　P<small>ATRICK</small> B. H<small>UGHES</small>
　　　　　　　　　　　　　　　　　　　　　　　　Federal Bar No. 19492
　　　　　　　　　　　　　　　　　　　　　　　　phughes@oag.state.md.us
　　　　　　　　　　　　　　　　　　　　　　　　Assistant Attorneys General
　　　　　　　　　　　　　　　　　　　　　　　　200 St. Paul Place, 20th Floor
　　　　　　　　　　　　　　　　　　　　　　　　Baltimore, Maryland 21202
　　　　　　　　　　　　　　　　　　　　　　　　T: (410) 576-6325
　　　　　　　　　　　　　　　　　　　　　　　　F: (410) 576-6955