IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE DISTRICT OF COLUMBIA and THE STATE OF MARYLAND,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>*Defendant*. | No. 8:17-cv-1596-PJM |

**CONSENT MOTION FOR EXTENSION OF TIME**

Defendant, by and through undersigned counsel, hereby moves to extend the deadline to answer or otherwise respond to the Complaint to September 29, 2017. In accordance with Local Rule 105.9, the undersigned counsel have conferred with counsel for Plaintiffs, who represent that they consent to the requested extension.

On June 12, 2017, Plaintiffs the District of Columbia and the State of Maryland filed this instant suit against the President of the United States, alleging that the President has violated and will continue to violate the Foreign and Domestic Emoluments Clauses of the Constitution, U.S. Const. art. I, § 9, cl. 8; art. II, § 1, cl. 7, through his business holdings. The Complaint was served on the U.S. Attorney for the District of Maryland on June 26, 2017, and the Government's answer or other response to the Complaint is currently due on August 25, 2017. *See* Fed. R. Civ. P. 12(a)(2).

Defendant now respectfully seeks an extension from August 25 to September 29, 2017. Lead counsel for Defendant has a pre-paid, long-planned vacation from August 14 through September 4, 2017 and has three other deadlines for briefing on dispositive motions in September 2017. Defendant anticipates filing a motion to dismiss the Complaint, which will

need to address novel constitutional questions of the President's compliance with the Foreign and Domestic Emoluments Clauses of the Constitution and significant issues regarding justiciability and jurisdiction. For all these reasons, Defendant believes that more time is needed than is allowed under Federal Rule of Civil Procedure 12(a)(2).

       Accordingly, Defendant respectfully requests that the Court grant this motion for extension of time and permit the Defendant to file his response to the Complaint on or before September 29, 2017.

Dated: July 18, 2017                               Respectfully submitted,

                                                     CHAD A. READLER
                                                     Acting Assistant Attorney General
                                                     Civil Division

                                                     JENNIFER D. RICKETTS
                                                     Branch Director, Federal Programs Branch

                                                     ANTHONY J. COPPOLINO
                                                     Deputy Director

                                                     /s/ *Jean Lin*
                                                     JEAN LIN
                                                     Special Counsel
                                                     JAMES R. POWERS
                                                     Trial Attorney
                                                     U.S. Department of Justice
                                                     Civil Division,
                                                     Federal Programs Branch
                                                     20 Massachusetts Ave., NW
                                                     Washington, DC 20530
                                                     Jean.lin@usdoj.gov

                                                     *Counsel for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2017, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

/s/ *Jean Lin*
JEAN LIN