**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| THE DISTRICT OF COLUMBIA and THE STATE OF MARYLAND,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States,<br><br>*Defendant*. | No. 8:17-cv-1596-PJM |

**[PROPOSED] ORDER**

Upon consideration of Defendant's Consent Motion for Extension of Time and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Defendant shall file his answer or other response to the Complaint on or before September 29, 2017.

**SO ORDERED.**

    PETER J. MESSITTE
    United States District Judge