IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THE DISTRICT OF COLUMBIA *and* | * | |
| THE STATE OF MARYLAND | * | |
| | * | |
| Plaintiffs | * | |
| | * | |
| v. | * | Civil Action No. PJM 17-1596 |
| | * | |
| DONALD J. TRUMP, | * | |
| *in his official capacity as President* | * | |
| *of the United States of America* | * | |
| | * | |
| Defendant | * | |

# **ORDER**

Joseph Crussiah, *Pro Se*, has filed a Motion for Limited Intervention and Emergency Preliminary Injunctive Relief (ECF No. [17]). The Plaintiffs in the suit are The District of Columbia and The State of Maryland, and the Defendant is President Donald J. Trump. Plaintiffs allege that the President is violating the Emoluments Clauses of the U.S. Constitution.

Crussiah attempts to justify his intervention because he believes that the President's attorneys may not make arguments that he proposes to raise. But the vast bulk of his 78 page motion (plus exhibits) is devoted to personal grievances that Crussiah has with respect to various individuals not connected with this case, including Judges of this Court, the Adventist Church, and other individuals.

However deeply Crussiah may feel about his grievances, it is altogether certain that they have nothing at all to do with this case.

It would be unfair to the parties, and totally inconsistent with the efficient use of judicial resources, to require them to even respond to this Motion.

The Court, *sua sponte*, will **DENY** the Motion without waiting for a response from the parties.

Accordingly, it is, this 7th day of September, 2017

**ORDERED** that the said Motion (ECF No. [17]) is **DENIED**.

/s/
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**
