# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE DISTRICT OF COLUMBIA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, <br><br> *Defendant*. | No. 8:17-cv-1596-PJM |

## DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF PAGE LIMIT AND MEMORANDUM IN SUPPORT

Defendant Donald J. Trump, President of the United States, hereby moves for an enlargement of the page limitation for the Memorandum of Law in support of his anticipated Motion to Dismiss the Complaint. Pursuant to Local Rule 105(3), a memorandum in support of a motion is limited to 35 pages. Defendant respectfully requests that he be permitted to file a memorandum of up to 60 pages in length. Undersigned counsel has consulted with counsel for Plaintiffs, who indicated that they do not oppose the requested extension.

In the 44-page Complaint, Plaintiffs raise two novel constitutional claims and assert a wide-range of constitutional violations. The requested page extension is necessary to allow Defendant to fully address not only Plaintiffs' standing to sue but also the two constitutional issues raised—namely, whether his holding of business interests violates the Foreign and Domestic Emoluments Clauses of the Constitution. Defendant believes that a thorough discussion of these issues, including relevant background, will assist the Court in deciding his Motion to Dismiss. Accordingly, Defendant respectfully requests he be permitted to file a memorandum of up to 60 pages.

Dated:  September 19, 2017          Respectfully Submitted:

CHAD A. READLER
Acting Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

/s/ *Jean Lin*
JEAN LIN
Special Counsel
JAMES R. POWERS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
Phone: (202) 514-3716
Fax: (202) 616-8202
Email: jean.lin@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that September 19, 2017, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

<u>/s/ *Jean Lin*</u>
JEAN LIN