## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE DISTRICT OF COLUMBIA and THE STATE OF MARYLAND,<br><br>     Plaintiffs,<br><br>     v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America,<br><br>     Defendant. | Civil Action No. 8:17-cv-01596-PJM |

## JOINT MOTION FOR BRIEFING SCHEDULE AND EXTENSIONS OF PAGE LIMITS REGARDING MOTION TO DISMISS

On September 29, 2017, following a five-week extension of time and an extension of the page limitation for his Memorandum of Law to 60 pages, Defendant filed his Motion to Dismiss Plaintiffs' Complaint. Having conferred, the parties now request that the Court enter a briefing schedule with respect to the Plaintiffs' Opposition to the Defendant's Motion to Dismiss and the Defendant's Reply in support of his Motion to Dismiss, as follows:

1.     Plaintiffs request that their Opposition to Defendant's Motion to Dismiss be due November 7, 2017 and that the Court permit the filing of a brief not to exceed 60 pages.

2.     Defendant requests that his Reply in Support of his Motion to Dismiss be due December 1, 2017 and that the Court permit the filing of a brief not to exceed 30 pages.

Accordingly, the parties respectfully request that the Court grant this joint motion for a briefing schedule and extensions of the page limits.

Dated: October 6, 2017

Respectfully submitted,

THE DISTRICT OF COLUMBIA

THE STATE OF MARYLAND

KARL A. RACINE
Attorney General for the District of
Columbia

BRIAN E. FROSH
Attorney General of Maryland

By: */s/ Natalie O. Ludaway*
    NATALIE O. LUDAWAY
    Chief Deputy Attorney General
    Federal Bar No. 12533
    natalie.ludaway@dc.gov
    STEPHANIE E. LITOS*
    Senior Counsel to the Attorney General
    stephanie.litos@dc.gov
    441 Fourth Street, N.W.
    Washington, D.C. 20001
    T: (202) 724-1521
    F: (202) 730-1837

By: */s/ Steven M. Sullivan*
    STEVEN M. SULLIVAN
    Federal Bar No. 24930
    ssullivan@oag.state.md.us
    PATRICK B. HUGHES
    Federal Bar No. 19492
    phughes@oag.state.md.us
    Assistant Attorneys General
    200 Saint Paul Place, 20th Floor
    Baltimore, Maryland 21202
    T: (410) 576-6325
    F: (410) 576-6955

NOAH D. BOOKBINDER*
nbookbinder@citizensforethics.org
STUART C. MCPHAIL*
smcphail@citizensforethics.org
Citizens for Responsibility and Ethics
  in Washington
455 Massachusetts Avenue, N.W.
Washington, D.C. 20001
T: (202) 408-5565
F: (202) 588-5020

JOSEPH M. SELLERS
jsellers@cohenmilstein.com
CHRISTINE E. WEBBER**
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W.
Washington, D.C. 20005
T: (202) 408-4600

*Attorneys for Plaintiffs*

DEEPAK GUPTA**
deepak@guptawessler.com
JONATHAN E. TAYLOR**
Gupta Wessler PLLC
1900 L Street, N.W.
Washington, D.C. 20009
T: (202) 888-1741

*\*admitted pro hac vice*
*\*\*pro hac vice application forthcoming*

CHAD A. READLER
Acting Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

*/s/ Jean Lin*
JEAN LIN
Special Counsel
JAMES R. POWERS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
Phone: (202) 514-3716
Fax: (202) 616-8202
Email: jean.lin@usdoj.gov

*Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2017, I electronically filed a copy of the JOINT

MOTION FOR BRIEFING SCHEDULE AND EXTENSIONS OF PAGE LIMITS

REGARDING MOTION TO DISMISS. Notice of this filing will be sent via email to all parties

by operation of the Court's electronic filing system. Parties may access this filing through the

Court's CM/ECF System.

*/s/ Stuart C. McPhail*
STUART C. MCPHAIL
Citizens for Responsibility and Ethics
  in Washington