# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE DISTRICT OF COLUMBIA and THE STATE OF MARYLAND,<br><br>   Plaintiffs,<br><br>   v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America,<br><br>   Defendant. | Civil Action No. 8:17-cv-01596-PJM |

## [PROPOSED] ORDER

Upon consideration of the parties' Joint Motion for Briefing Schedule and Extensions of Page Limits Regarding Motion to Dismiss and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiffs shall file their Opposition to Defendant's Motion to Dismiss, not to exceed 60 pages, by November 7, 2017;

**ORDERED** that Defendant shall file his Reply in Support of his Motion to Dismiss, not to exceed 30 pages, by December 1, 2017.

**SO ORDERED.**

_____
PETER J. MESSITTE
United States District Judge