# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| THE DISTRICT OF COLUMBIA AND THE STATE OF MARYLAND,<br><br>     Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America,<br><br>     Defendants. | Case No. 8:17-cv-01596 |

### PLAINTIFFS' NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

PLEASE TAKE NOTICE that Joseph M. Sellers enters an appearance on behalf of Plaintiffs the District of Columbia and the State of Maryland as co-counsel in the above-captioned case. I certify that I am admitted to practice in this Court.

October 17, 2017

Respectfully submitted,

  */s/ Joseph M. Sellers*
Joseph M. Sellers (#06284)
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave. NW ● Fifth Floor
Washington, DC 20005
Telephone: 202/408-4600

jsellers@cohenmilstein.com

*Attorneys for Plaintiffs*

2284118.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2017, I caused the *Plaintiff's Notice of Entry of Appearance of Counsel* to be served by filing the same with the Clerk of the Court using the Court's CM/ECF system.

Dated:   October 17, 2017                               /s/ *Joseph M. Sellers*
                                                                         Joseph M. Sellers

2284118.1