**List of Entities to Receive Preservation Subpoena**

1. The Donald J. Trump Revocable Trust
2. DJT Holdings Managing Member LLC
3. DJT Holdings LLC
4. DJT 3 Holdings LLC
5. DTTM Operations LLC
6. DTTM Operations Managing Member Corp.
7. TTTT Venture LLC
8. TTTT Venture Member Corp.
9. Trump Organization LLC
10. The Trump Organization, Inc.
11. Trump Old Post Office LLC
12. Trump Old Post Office Member Corp.
13. OPO Hotel Manager LLC
14. OPO Hotel Manager Member Corp.
15. THC DC Restaurant Hospitality LLC
16. Mar-a-Lago Club LLC
17. Mar-a-Lago Club, Inc.
18. MALC, Inc.
19. T International Realty LLC
20. The Trump Corporation
21. Trump Tower Commercial LLC
22. Trump Tower Managing Member Inc.
23. Tipperary Realty Corporation