**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| THE DISTRICT OF COLUMBIA AND THE STATE OF MARYLAND,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America,<br><br>　　　　　　　Defendants. | Case No. 8:17-cv-01596-PJM |

**REPLY IN SUPPORT OF PLAINTIFFS' MOTION FOR**
**LEAVE TO SERVE DOCUMENT PRESERVATION SUBPOENAS**

On October 25, 2017, Plaintiffs moved for leave to serve document preservation subpoenas on several non-party entities. Dkt. 43. There is good cause for the relief requested, and President Trump does not oppose it. Dkt. 44 at 1 ("[W]e leave it to those third parties to lodge any appropriate objections to such subpoenas if and when they are served."). The motion should accordingly be granted.

The President's sole objection concerning the motion is limited to "the extent the proposed 'preservation subpoenas' are intended to be used to litigate the possible scope of discovery." Dkt. 44 at 2. But on that point the President and Plaintiffs are in complete accord. It is precisely because no discovery is anticipated prior to this Court's resolution of the motion to dismiss that Plaintiffs seek leave to preserve documents that may be relevant once discovery begins. Moreover, nothing about the issuance of document preservation subpoenas requires the parties to litigate—or the Court to adjudicate—the scope of discovery now. Document preservation subpoenas require only that documents be preserved, not that they be produced. If there is a dispute regarding document

production during discovery, it can be resolved at that time.[1]

For the foregoing reasons, as well as those set forth in the opening motion, Plaintiffs respectfully request the motion be granted.

| | |
|---|---|
| November 2, 2017 | Respectfully submitted, |
| THE DISTRICT OF COLUMBIA | THE STATE OF MARYLAND |
| KARL A. RACINE<br>Attorney General for the District of Columbia | BRIAN E. FROSH<br>Attorney General of Maryland |
| NATALIE O. LUDAWAY<br>Chief Deputy Attorney General | /s/ Steven M. Sullivan<br>STEVEN M. SULLIVAN<br>Federal Bar No. 24930 |
| /s/ Stephanie E. Litos<br>STEPHANIE E. LITOS*<br>Senior Counsel to the Attorney General<br>stephanie.litos@dc.gov<br>441 Fourth Street, N.W.<br>Washington D.C. 20001<br>T: (202) 724-6650<br>F. (202) 741-0647 | ssullivan@oag.state.md.us<br>PATRICK B. HUGHES<br>Federal Bar No. 19492<br>phughes@oag.state.md.us<br>Assistant Attorneys General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, MD 21202<br>T: (410) 576-6325<br>F. (410) 576-6955 |
| NORMAN L. EISEN<br>Federal Bar No. 09460<br>neisen@citizensforethics.org<br>NOAH D. BOOKBINDER*<br>nbookbinder@citizensforethics.org<br>STUART C. MCPHAIL*<br>smcphail@citizensforethics.org<br>Citizens for Responsibility and Ethics<br>  in Washington<br>455 Massachusetts Avenue, N.W.<br>Washington, D.C. 20001<br>T: (202) 408-5565<br>F: (202) 588-5020 | JOSEPH M. SELLERS<br>Federal Bar No. 06284<br>jsellers@cohenmilstein.com<br>CHRISTINE E. WEBBER*<br>Cohen Milstein Sellers & Toll PLLC<br>1100 New York Avenue, N.W.<br>Washington, D.C. 20005<br>T: (202) 408-4600 |

---

[1] The entities that Plaintiffs wish to serve with document preservation subpoenas were provided notice of Plaintiffs' Motion for Leave to Serve Document Preservation Subpoenas the day after it was filed. As the President noted, those entities will have an opportunity to object to the subpoenas if and when they are served.

DEEPAK GUPTA\*
deepak@guptawessler.com
JONATHAN E. TAYLOR\*
Gupta Wessler PLLC
1900 L Street, N.W.
Washington, D.C. 20009
T: (202) 888-1741

*Attorneys for Plaintiffs*

*\*admitted pro hac vice*

### CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2017, I electronically filed this *Reply in Support of Plaintiffs' Motion for Leave to Serve Document Preservation Subpoenas* with the Clerk of the Court using the CM/ECF filing system.

/s/ Stephanie Litos
Stephanie Litos