# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE DISTRICT OF COLUMBIA AND THE STATE OF MARYLAND,<br><br>     Plaintiffs,<br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America,<br><br>     Defendant. | Civil Action No. 8:17-cv-01596 (PJM) |

## [PROPOSED] ORDER

Upon consideration of the Motion of Former National Security Officials for leave to file amicus curiae brief in support of Plaintiffs' Opposition to Defendants' Motion to Dismiss, it is hereby

**ORDERED** that the Motion of Former National Security Officials for leave to file amicus curiae brief in support of Plaintiffs is **GRANTED**.

Dated: November __, 2017  
Greenbelt, MD  

              _____  
              PETER J. MESSITTE  
              United States District Judge