UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2017 NOV 28  P 2: 58

CLERK'S OFFICE
AT GREENBELT

BY_____

| | |
|---|---|
| THE DISTRICT OF COLUMBIA AND THE STATE OF MARYLAND,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States of America,<br><br>Defendants. | Case No. 8:17-cv-01596 |

## ORDER ON MOTION FOR LEAVE TO SERVE DOCUMENT PRESERVATION SUBPOENAS

This matter has come before the Court on Plaintiffs' Motion for Leave to Serve Document Preservation Subpoenas. Based on the motion, any response thereto, and the entire record herein, good cause is found and the motion is GRANTED. It is hereby

ORDERED that the parties shall be permitted to serve subpoenas on third-parties for the sole purpose of preservation of documents. No document production will be required prior to the earlier of, (a) entry of a scheduling order opening discovery, or (b) further order of this Court.

**SO ORDERED** this 28 day of Nov, 2017.

_____
Hon. Peter J. Messitte