**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**                                                     **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                               **GREENBELT, MARYLAND  20770**
                                                                                                       **301-344-0632**

## MEMORANDUM

TO:        Counsel of Record

FROM:     Judge Peter J. Messitte

RE:        The District of Columbia et al. v. Trump
                Civil No. PJM 17-1596

DATE:      December 14, 2017

* * *

The Court is in receipt of *Amici Curiae* Seth Barrett Tillman's and Judicial Education Project's Motion for Clarification of the Court's November 28, 2017, Order. ECF No. 71. This Memorandum serves as a clarification of that Order.

The Court's Order invites responses to any of the *amici curiae* briefs from any party or *amicus curiae* who wishes to respond. The deadline to respond remains December 29, 2017. Likewise, the Order invites replies to those responses from any party or *amicus curiae* who wishes to do so. The deadline for any replies remains January 16, 2018.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

                                                                  /s/
                                                       PETER J. MESSITTE
                                           UNITED STATES DISTRICT JUDGE

cc:        Court File