**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND  20770  
301-344-0632

## MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: The District of Columbia et al. v. Trump  
Civil No. PJM 17-1596

DATE: December 15, 2017

\* \* \*

The Court is prepared to devote a full day to argument on Defendant's Motion to Dismiss, running from approximately 10:00 a.m. to 1:00 p.m. and 2:00 p.m. to 4:30 p.m., with lunch from 1:00 p.m. to 2:00 p.m. In preparation for oral argument, counsel for the parties are directed to consult and reach an agreement as to the division of time for argument, indicating who the speakers will be during each time segment and report the agreement to the Court by January 11, 2018. Counsel should also notify the Court as to the number of counsel who will be sitting at counsel table, so that the proper arrangements can be made prior to the hearing.

At this time, the Court does not contemplate hearing argument from any *amici curiae*. Accordingly, the Court urges counsel for the parties to be prepared to discuss any issues raised in the *amici curiae* briefs.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/  
PETER J. MESSITTE  
UNITED STATES DISTRICT JUDGE

cc: Court File