**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0632

## MEMORANDUM

TO: Counsel of Record & *Amici Curiae*

FROM: Judge Peter J. Messitte

RE: The District of Columbia et al. v. Trump  
Civil No. PJM 17-1596

DATE: January 2, 2018

\* \* \*

Following up on its Memorandum Order of December 15, 2017, given the potential multiplicity of issues in this case, the Court has decided to limit oral argument on January 25, 2018, to the question of standing (including zone of interests).

Per the Court's December 15, 2017, Order, oral argument has been set for 3 hours in the morning (10:00 a.m. to 1:00 p.m.) and 2.5 hours in the afternoon (2:00 p.m. to 4:30 p.m.). The Court intends that the parties have approximately equal time to present their arguments.

Unless the parties' counsel can persuade the Court to adopt a different format, argument shall proceed as follows:

I. **Preliminary Remarks**
   a. Plaintiffs
   b. Defendant
   c. Plaintiffs (briefly)

II. **Injury in fact**
   a. Plaintiffs
   b. Defendant
   c. Plaintiffs (briefly)

III. **Fairly traceable to Defendant's acts**
   a. Plaintiffs
   b. Defendant
   c. Plaintiffs (briefly)

**IV.**    **Redressability**
        a. Plaintiffs
        b. Defendant
        c. Plaintiffs (briefly)

**V.**    **Closing Statements**
        a. Plaintiffs
        b. Defendant
        c. Plaintiffs (briefly)

To repeat, the deadline to submit a proposed schedule of speakers and times allotted for each topic remains January 11, 2018, as directed in the Court's December 15, 2017, Order. If Plaintiffs or Defendant intend to have any *amicus* argue, the name, speaker, and time segment for each *amicus* shall be included in the previously requested schedule of speakers; provided, however, that no additional time will be allowed for argument by an *amicus*, who must argue, if at all, within the approximately 50 percent of the time allotted for argument by counsel.

Further, only counsel for the parties shall sit at counsel table. The deadline to notify the Court as to the number of counsel who will be sitting at counsel table remains January 11, 2018. Any counsel for *amici* who will speak may sit in a section immediately behind the bar that will be reserved for such speakers. Other *amici* will not have special seating but, as with any other person attending the argument, must find seats on their own, either in the courtroom or any satellite courtroom.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

                                                    /s/
                                      PETER J. MESSITTE
                         UNITED STATES DISTRICT JUDGE

cc:      Court File