# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

---

THE DISTRICT OF COLUMBIA and
THE STATE OF MARYLAND,

*Plaintiffs*,

v.

DONALD J. TRUMP, in his official
capacity as President of the United States of
America,

*Defendant*.

---

Case No. 8:17-cv-01596 (PJM)

## THE PARTIES' JOINT RESPONSE TO THE COURT'S DECEMBER 15, 2017 AND JANUARY 2, 2018 ORDERS

The parties submit this joint response to the Court's December 15, 2017 and January 2, 2018 orders regarding oral argument. The parties' proposed schedule of speakers and times allotted for each topic is below. The parties have not allocated any time for *amici* to present argument.

I. Preliminary remarks—40 minutes
      Plaintiffs (Steven Sullivan): 20 minutes
      Defendant (Brett Shumate): 20 minutes

II. Injury in fact (including zone of interests)
    1.   Sovereign and quasi-sovereign interests—1 hour and 50 minutes
          Plaintiffs (Loren AliKhan): 50 minutes
          Defendant (Brett Shumate): 55 minutes
          Plaintiffs (Loren AliKhan): 5 minutes

12:30 p.m.: Break for lunch

    2.   Proprietary interests—1 hour
          Plaintiffs (Loren AliKhan): 25 minutes
          Defendant (Brett Shumate): 30 minutes
          Plaintiffs (Loren AliKhan): 5 minutes

III & IV.  Traceability and redressability—1 hour and 30 minutes
      Plaintiffs (Steven Sullivan): 40 minutes
      Defendant (Brett Shumate): 45 minutes
      Plaintiffs (Steven Sullivan): 5 minutes

V. Closing remarks—30 minutes
      Plaintiffs (Loren AliKhan): 10 minutes
      Defendant (Brett Shumate): 15 minutes
      Plaintiffs (Loren AliKhan): 5 minutes

The schedule above suggests three changes to the Court's proposed schedule for oral argument.  *First*, the parties propose that the presentation regarding injury in fact be separated into two segments: the first would address Plaintiffs' sovereign and quasi-sovereign interests and the second would address Plaintiffs' proprietary interests.  The parties believe that this separation will allow for a clearer presentation of the issues.  *Second*, the parties suggest presenting argument on traceability and redressability at the same time.  The issues of traceability and redressability are closely related and presenting argument on them together will reduce repetition.  *Third*, although the Court contemplates a lunch break beginning at 1 p.m., the parties propose that the lunch break begin at 12:30 p.m.  Doing so will allow argument on Plaintiffs' proprietary interests to be presented uninterrupted, and the parties would resume argument in the afternoon at the Court's convenience.

Additionally, the following attorneys will sit at counsel table:

Plaintiffs:
Loren AliKhan
Deepak Gupta
Patrick Hughes
Sonya Lebsack
Stephanie Litos
Steven Sullivan

Defendant:
Jean Lin
James Powers
Brett Shumate

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of
Columbia

NATALIE O. LUDAWAY
Chief Deputy Attorney General

/s/ Stephanie E. Litos
STEPHANIE E. LITOS
Senior Counsel to the Attorney General
stephanie.litos@dc.gov
441 Fourth Street, N.W.
Washington D.C.  20001
T: (202) 724-6650
F: (202) 741-0647

NORMAN L. EISEN
Federal Bar No. 09460
neisen@citizensforethics.org
NOAH D. BOOKBINDER
nbookbinder@citizensforethics.org
STUART C. MCPHAIL
smcphail@citizensforethics.org
Citizens for Responsibility and Ethics in
Washington
455 Massachusetts Avenue, N.W.
Washington, D.C.  20001
T: (202) 408-5565
F: (202) 588-5020

DEEPAK GUPTA
deepak@guptawessler.com
JONATHAN E. TAYLOR
Gutpa Wessler PLLC
1900 L Street, N.W.
Washington, D.C.  20009
T: (202) 888-1741

BRIAN E. FROSH
Attorney General of Maryland

/s/ Steven M. Sullivan
STEVEN M. SULLIVAN
Federal Bar No. 24930
ssullivan@oag.state.md.us
PATRICK B. HUGHES
Federal Bar No. 19492
phughes@oag.state.md.us
Assistant Attorneys General
200 Saint Paul Place, 20th Floor
Baltimore, MD  21202
T: (410) 576-6325
F: (410) 576-6955

JOSEPH M. SELLERS
Federal Bar No. 06284
jsellers@cohenmilstein.com
CHRISTINE E. WEBBER
cwebber@cohenmilstein.com
Cohen Milstein Sellers & Toll PLLC
1100 New York Ave., NW
Suite 500
Washington, DC 20005
T: (202) 408-4600
F: (202) 408-4699

*Attorneys for Plaintiffs*

CHAD A. READLER
Acting Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

/s/ Jean Lin
JEAN LIN
Special Counsel
JAMES R. POWERS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC  20530
Phone: (202) 514-3716
Fax: (202) 616-8202
Email: jean.lin@usdoj.gov

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on January 11, 2018, I electronically filed this response with the Clerk of the Court using the CM/ECF filing system. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Stephanie Litos
Stephanie Litos