UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

THE DISTRICT OF COLUMBIA and
THE STATE OF MARYLAND,

    *Plaintiffs,*

v.

DONALD J. TRUMP, in his official
capacity as President of the United States of
America,

    *Defendant.*

"APPROVED" THIS 12 DAY
of JAN, 20 18.

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

Case No. 8:17-cv-01596 (PJM)

**THE PARTIES' JOINT RESPONSE TO THE COURT'S DECEMBER 15, 2017 AND JANUARY 2, 2018 ORDERS**

The parties submit this joint response to the Court's December 15, 2017 and January 2, 2018 orders regarding oral argument. The parties' proposed schedule of speakers and times allotted for each topic is below. The parties have not allocated any time for *amici* to present argument.

I. Preliminary remarks—40 minutes
    Plaintiffs (Steven Sullivan): 20 minutes
    Defendant (Brett Shumate): 20 minutes

II. Injury in fact (including zone of interests)
    1. Sovereign and quasi-sovereign interests—1 hour and 50 minutes
        Plaintiffs (Loren AliKhan): 50 minutes
        Defendant (Brett Shumate): 55 minutes
        Plaintiffs (Loren AliKhan): 5 minutes

12:30 p.m.: Break for lunch

    2. Proprietary interests—1 hour
        Plaintiffs (Loren AliKhan): 25 minutes
        Defendant (Brett Shumate): 30 minutes
        Plaintiffs (Loren AliKhan): 5 minutes

III & IV. Traceability and redressability—1 hour and 30 minutes
    Plaintiffs (Steven Sullivan): 40 minutes
    Defendant (Brett Shumate): 45 minutes
    Plaintiffs (Steven Sullivan): 5 minutes

V. Closing remarks—30 minutes
    Plaintiffs (Loren AliKhan): 10 minutes
    Defendant (Brett Shumate): 15 minutes
    Plaintiffs (Loren AliKhan): 5 minutes

The schedule above suggests three changes to the Court's proposed schedule for oral argument. *First*, the parties propose that the presentation regarding injury in fact be separated into two segments: the first would address Plaintiffs' sovereign and quasi-sovereign interests and the second would address Plaintiffs' proprietary interests. The parties believe that this separation will allow for a clearer presentation of the issues. *Second*, the parties suggest presenting argument on traceability and redressability at the same time. The issues of traceability and redressability are closely related and presenting argument on them together will reduce repetition. *Third*, although the Court contemplates a lunch break beginning at 1 p.m., the parties propose that the lunch break begin at 12:30 p.m. Doing so will allow argument on Plaintiffs' proprietary interests to be presented uninterrupted, and the parties would resume argument in the afternoon at the Court's convenience.

Additionally, the following attorneys will sit at counsel table:

Plaintiffs:
Loren AliKhan
Deepak Gupta
Patrick Hughes
Sonya Lebsack
Stephanie Litos
Steven Sullivan

Defendant:
Jean Lin
James Powers
Brett Shumate

2

Respectfully submitted,

| | |
|---|---|
| KARL A. RACINE<br>Attorney General for the District of Columbia<br><br>NATALIE O. LUDAWAY<br>Chief Deputy Attorney General<br><br>/s/ Stephanie E. Litos<br>STEPHANIE E. LITOS<br>Senior Counsel to the Attorney General<br>stephanie.litos@dc.gov<br>441 Fourth Street, N.W.<br>Washington D.C. 20001<br>T: (202) 724-6650<br>F: (202) 741-0647 | BRIAN E. FROSH<br>Attorney General of Maryland<br><br>/s/ Steven M. Sullivan<br>STEVEN M. SULLIVAN<br>Federal Bar No. 24930<br>ssullivan@oag.state.md.us<br>PATRICK B. HUGHES<br>Federal Bar No. 19492<br>phughes@oag.state.md.us<br>Assistant Attorneys General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, MD 21202<br>T: (410) 576-6325<br>F: (410) 576-6955 |
| NORMAN L. EISEN<br>Federal Bar No. 09460<br>neisen@citizensforethics.org<br>NOAH D. BOOKBINDER<br>nbookbinder@citizensforethics.org<br>STUART C. MCPHAIL<br>smcphail@citizensforethics.org<br>Citizens for Responsibility and Ethics in Washington<br>455 Massachusetts Avenue, N.W.<br>Washington, D.C. 20001<br>T: (202) 408-5565<br>F: (202) 588-5020 | JOSEPH M. SELLERS<br>Federal Bar No. 06284<br>jsellers@cohenmilstein.com<br>CHRISTINE E. WEBBER<br>cwebber@cohenmilstein.com<br>Cohen Milstein Sellers & Toll PLLC<br>1100 New York Ave., NW<br>Suite 500<br>Washington, DC 20005<br>T: (202) 408-4600<br>F: (202) 408-4699 |
| DEEPAK GUPTA<br>deepak@guptawessler.com<br>JONATHAN E. TAYLOR<br>Gutpa Wessler PLLC<br>1900 L Street, N.W.<br>Washington, D.C. 20009<br>T: (202) 888-1741 | |

*Attorneys for Plaintiffs*

CHAD A. READLER
Acting Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

/s/ Jean Lin
JEAN LIN
Special Counsel
JAMES R. POWERS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave. NW
Washington, DC 20530
Phone: (202) 514-3716
Fax: (202) 616-8202
Email: jean.lin@usdoj.gov

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 11, 2018, I electronically filed this response with the Clerk of the Court using the CM/ECF filing system. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Stephanie Litos
Stephanie Litos