**Karl A. Racine**

Attorney General for the District of Columbia

 

**Brian E. Frosh**

Attorney General of Maryland

March 14, 2018

The Honorable Peter J. Messitte
United States District Judge
District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

**Via CM/ECF**

    Re:    Plaintiffs' Opposition to Defendant's Request to Delay Ruling
             *The District of Columbia et al. v. Trump*, No. 8:17-cv-01596-PJM

Dear Judge Messitte:

      On March 12, 2018, the Court issued a Memorandum and Opinion granting Plaintiffs' Motion for Leave to File an Amended Complaint and to Apply the Pending Motion to Dismiss to the Amended Complaint. (Doc. 94.) This Court's Opinion also addressed Defendant's request—made in his official capacity—that the Court delay its ruling on the Motion to Dismiss, stating: "Absent Plaintiffs' consent to such postponement, the Court intends to rule, without delay, on the Motion to Dismiss (ECF No. 21) as it pertains to the official capacity claims in the Amended Complaint." (Doc. 94.) Plaintiffs submit this letter to confirm that they oppose the delay requested by Defendant.

Sincerely,

| THE DISTRICT OF COLUMBIA | THE STATE OF MARYLAND |
|---|---|
| KARL A. RACINE | BRIAN E. FROSH |
| Attorney General for the District of Columbia | Attorney General of Maryland |
| By: */s/ Stephanie E. Litos* | By: */s/ Steven M. Sullivan* |
|     Stephanie E. Litos |     Steven M. Sullivan |
|     Senior Counsel to the Attorney General |     Assistant Attorney General |