# Josh Blackman
Josh@JoshBlackman.com | 202-294-9003 | 1303 San Jacinto Street, Houston, TX 77002

March 19, 2018

Dear Judge Messitte:

Scholar Seth Barrett Tillman and the Judicial Education Project, *Amici Curiae* ("*Amici*") in Support of Defendant, submit this letter to inform the Court of new relevant authority from the High Court of Australia: *Re Lambie* [Mar. 14, 2018] HCA 6, 2018 WL 1282055.

Under Section 44 of the Australian Constitution, a person who "holds any office of profit under the Crown" is "incapable" of "sitting as a senator or a member of the House of Representatives." The High Court concluded that because an *elected* mayor was not *appointed* (and not *removable*) by the Crown, his position was not "under" the Crown. *See Lambie* [33]–[34], [36]. In a concurring opinion, Justice Edelman explained that this understanding of "office . . . under the crown," with respect to such elected positions, had by 1901 been "crystallised *after two centuries* of legal usage." *Lambie* concurrence [58] (emphasis added); *see also id.* ("As Sir Samuel Griffith QC said in submissions in 1889, [office . . . under the crown] was 'an old phrase, well understood in relation to parliamentary law.'" (quoting Hodel v Cruckshank, 3 QUEENSLAND L.J. 140, 141 (Qld. 1889))); *Amici* Brief, ECF No. 76, at 29–30 ("Sir S.W. Griffith . . . would become Australia's first Chief Justice." (quoting Griffith's statement from *Hodel*, *supra*)).

The *Lambie* concurring opinion provides this Court with persuasive authority concerning the understanding of the phrase "office . . . under the United States" when our Constitution's Foreign Emoluments Clause was ratified. *See* Messitte, *Citing Foreign Law in U.S. Courts*, 35 U. BALT. L. REV. 171, 181 (2005).

Sincerely,

/s/ Josh Blackman
Josh Blackman
1303 San Jacinto Street
Houston, Texas 77002
Telephone: (202) 294-9003
Email: Josh@JoshBlackman.com
Counsel for Amicus Curiae Scholar Seth Barrett Tillman

w/attachments
    Exhibit 1: Affidavit of Professor Luke Beck
    Exhibit 2: *Re Lambie* [Mar. 14, 2018] HCA 6, 2018 WL 1282055.