IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **THE DISTRICT OF COLUMBIA** and **THE STATE OF MARYLAND,** | * * * |
| Plaintiffs, | * * |
| v. | * Civil No. **PJM 17-1596** * |
| **DONALD J. TRUMP,** *individually and in his official capacity as President of the United States*, | * * * * |
| Defendant. | * |

## ORDER

Having considered Defendant's Motion to Dismiss (ECF No. 21) and Plaintiffs' Opposition thereto, following oral argument, it is, for the reasons stated in the accompanying Opinion, this 28th day of March, 2018,

**ORDERED:**

1. Defendant's Motion to Dismiss (ECF No. 21) is **DENIED-IN-PART** insofar as it disputes Plaintiffs' standing to challenge the involvement of the President with respect to the Trump International Hotel and all its appurtenances in Washington, D.C. and any and all operations of the Trump Organization with respect to the same;

2. Defendant's Motion to Dismiss (ECF No. 21) is **GRANTED-IN-PART WITHOUT PREJUDICE** as to the operations of the Trump Organization and the President's involvement in the same outside the District of Columbia;

3. The Court's ruling on Defendant's Motion to Dismiss is **DEFERRED-IN-PART** in that the Court has yet to rule on Defendant's remaining arguments

regarding the meaning of the Emoluments Clauses of the U.S. Constitution and whether Plaintiffs have otherwise stated claims under the Emoluments Clauses;

4. A further hearing to consider the remaining arguments in Defendant's Motion to Dismiss will be set in consultation with counsel.

                                                          /s/
                                      **PETER J. MESSITTE**
                            **UNITED STATES DISTRICT JUDGE**