

United States District Court
District of Maryland

The District of Columbia
    Plaintiff

VS

Donald J. Trump
    Defendant

AFFIDAVIT OF SERVICE

File/Index No.: 17 cv 1596
Issued On: 3/23/2018
Alt File/Index No.:
Calendar No.:

**SERVICE UPON: Donald J. Trump**

STATE OF New York, COUNTY OF New York: ss

Harlin Parker being duly sworn, deposes and says: I am not a party to the within action, am over the age of 18 years and reside in the State of New York.

On 3/26/2018 at 3:15 PM at 725 Fifth Avenue, New York, NY 10022, I effected service of process of the following documents: Summons and Complaint upon Donald J. Trump, a/the Defendant in this matter/proceeding:

By delivering to and leaving a true copy thereof with "Jane Doe", person of suitable age and discretion thereat, a/the concierge of/for said Donald J. Trump.

I describe the recipient at the time of service as follows: Gender: Female Race/Skin: white Age: 50 Height: 5 5 Weight: 130 Hair: blond

On 3/27/2018 Deponent served a copy of said documents by mailing a true copy thereof in a postpaid sealed envelope addressed to Donald J. Trump, 725 Fifth Avenue , New York, NY, 10022 and bearing the words 'Personal & Confidential' by First Class Mail and placed in an official depository of the U.S.P.S. in the state of New York

Subscribed and sworn before me on 3/28/18

Notary Public:
Notary #:    Qualified in County:
My Commision expires on:

CHRISTINA MARRA
Notary Public - State of New York
No. 01MA6124768
Qualified in Nassau County
My Commission Expires 3/28/2021

Harlin Parker 0793198
Target Research & Investigation
233 Broadway, Suite 2065,
New York, NY 10279
(212) 227-9600

Personal Service by Substitute Delivery with Mailing Personal and Confidential



Order #:T83650

From: Harlin Parker <harl[...]
c. 646.765.3355
212.227.9[...]
www.targetresearc[...]
Sent: Tuesday, March 27, 20[...]

## UNITED STATES POSTAL SERVICE

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: TARGET RESEARCH
233 BROADWAY
NEW YORK, NY

To: DONALD J. TRUMP
IN HIS INDIVIDUAL CAPACITY
1600 PENNSYLVANIA AVE #
WASHINGTON, DC 20500

PS Form 3817, April 2007  PSN 7530-02-000-9065

U.S. POSTAGE PAID
NEW YORK, NY
10007
MAR 27, 18
AMOUNT
$1.40
R2305K137190-04

---

## UNITED STATES POSTAL SERVICE

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mailing.
This form may be used for domestic and international mail.

From: TARGET RESEARCH
233 BROADWAY
NY NY

To: DONALD J. TRUMP
IN HIS INDIVIDUAL CAPACITY
725 FIFTH AVE PENTH[...]
NEW YORK, NY 10022

PS Form 3817, April 2007  PSN 7530-02-000-9065

U.S. POSTAGE PAID
NEW YORK, NY
10007
MAR 27, 18
AMOUNT
$1.40
R2305K137190-04