UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND  20770
301-344-0632

MEMORANDUM

TO: Counsel of Record

FROM: Judge Peter J. Messitte

RE: The District of Columbia et al. v. Trump
Civil No. PJM 17-1596

DATE: March 29, 2018

\* \* \*

Having decided that Plaintiffs have standing to pursue this litigation, the Court wishes to hear oral argument on the remaining issues raised in the President's Motion to Dismiss,[1] namely the meaning of the term "emolument" and whether Plaintiffs have stated claims under the Emoluments Clauses of the U.S. Constitution. The Court is prepared to devote a full day to argument, running from approximately 10:00 a.m. to 1:00 p.m. and 2:00 p.m. to 4:30 p.m., with lunch from 1:00 p.m. to 2:00 p.m. With that in mind, the Court proposes the following dates for argument:

- June 11, 2018
- June 26, 2018
- June 28, 2018

Counsel are directed to confer and jointly contact chambers by no later than April 13, 2018, with an agreed upon date for oral argument.

The Court assumes the remaining issues have already been fully briefed and that no further briefing is required. However, if the parties wish to submit supplemental briefing, they are directed to confer and submit a proposed briefing schedule to the Court for approval by no later than April 13, 2018. All supplemental briefing must close by May 31, 2018.

As of now, the Court does not contemplate hearing argument from any *amici curiae*. Accordingly, the Court urges counsel for the parties to be prepared to discuss any issues raised in the *amici curiae* briefs.

---

[1] Because the President has only appeared in his official capacity in this suit, the Court will not hear argument from the President in his individual capacity, but will take up any issue pertaining to the President in his individual capacity at a later time, to be determined by the Court, after he files a responsive pleading to the Amended Complaint.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

                                                             /s/  
                                        PETER J. MESSITTE  
                              UNITED STATES DISTRICT JUDGE

cc:     Court File