Rule 4(i) Service


