## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**PETER J. MESSITTE**                                        **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                       **GREENBELT, MARYLAND 20770**
                                                                          **301-344-0632**

MEMORANDUM

TO:            Counsel of Record

FROM:       Judge Peter J. Messitte

RE:            The District of Columbia et al. v. Trump
                 Civil No. PJM 17-1596

DATE:        April 27, 2018

* * *

The Court has received the President's Partial Consent Motion to Participate in Oral Argument. ECF No. 110. While the Court is agreeable to have the President in his individual capacity file briefs according to the suggested schedule, it does not agree to entertain oral argument on that issue at the June 11, 2018, hearing and is not prepared to say that the Motion to Dismiss, such as it may be, will form part of any decision the Court may make as a result of the June 11 hearing.

The extent to which, if at all, the Court will entertain oral argument on the President's Motion to Dismiss in his individual capacity will be addressed at a later time. In sum, the Partial Consent Motion (ECF No. 110) is **GRANTED-IN-PART** as it pertains to the accelerated suggested briefing schedule. It is **DENIED-IN-PART** as is it pertains to the President's request to participate in oral argument in his individual capacity.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc:       Court File