


**Karl A. Racine**

Attorney General for the District of Columbia

**Brian E. Frosh**

Attorney General of Maryland

June 8, 2018

The Honorable Peter J. Messitte
United States District Judge
District of Maryland
6500 Cherrywood Lane
Greenbelt, MD 20770

**Via CM/ECF**

    Re:    Motions Hearing Scheduled for June 11, 2018
            *The District of Columbia et al. v. Trump*, No. 8:17-cv-01596-PJM

Dear Judge Messitte:

The Court has scheduled a Motions Hearing on the remaining issues raised in the Motion to Dismiss filed by the President in his official capacity (ECF No. 21) to take place on June 11, 2018. Plaintiffs the District of Columbia and the State of Maryland respectfully propose the following format for the oral argument:

- Opening remarks by Defendant
- Opening remarks by Plaintiffs
- Defendant's Argument
- Plaintiffs' Argument
- Closing remarks by Defendant
- Closing remarks by Plaintiffs

In addition to ensuring that the Court's questions for both sides are satisfactorily addressed, the proposed format will facilitate participation in the argument by counsel from both the District of Columbia and the State of Maryland.[1] Of course, if the Court does not wish to adopt the structure proposed above, Plaintiffs will proceed in whatever manner the Court wishes.

Plaintiffs have conferred with the Department of Justice regarding the proposal above. The Department of Justice defers to the Court with regard to the structure and format of the hearing.

---

[1] Plaintiffs anticipate that, similar to the prior Motions Hearing on the pending Motion to dismiss, under this proposed format the Court would largely address its questions to the advocates during their respective arguments, rather than during the opening and closing remarks.

Sincerely,

| THE DISTRICT OF COLUMBIA | THE STATE OF MARYLAND |
|---|---|
| KARL A. RACINE<br>Attorney General for the District of Columbia | BRIAN E. FROSH<br>Attorney General of Maryland |
| By: */s/ Stephanie E. Litos*<br>    Stephanie E. Litos<br>    Senior Counsel to the Attorney General | By: */s/ Leah J. Tulin*<br>    Leah J. Tulin<br>    Assistant Attorney General |