# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **THE DISTRICT OF COLUMBIA** <br> and **THE STATE OF MARYLAND,** <br><br> Plaintiffs, <br><br> v. <br><br> **DONALD J. TRUMP,** <br> *individually and in his official capacity* <br> *as President of the United States*, <br><br> Defendant. | * <br> * <br> * <br> * <br> * <br> *   Civil No. **PJM 17-1596** <br> * <br> * <br> * <br> * <br> * <br> * |

## ORDER

Having considered Defendant's Motion to Dismiss (ECF No. 21) and Plaintiffs' Opposition thereto, following oral argument, it is, for the reasons stated in the accompanying Opinion, this 25th day of July, 2018,

**ORDERED:**

1. Defendant's Motion to Dismiss (ECF No. 21) is **DENIED** insofar as it seeks to dismiss Plaintiffs' claims against the President in his official capacity that the President and the Trump International Hotel and all its appurtenances in Washington, D.C. and any and all operations of the Trump Organization with respect to the same have violated the Foreign and Domestic Emoluments Clauses of the U.S. Constitution. Plaintiffs have stated viable causes of action as to those claims.

2. The Court **DIRECTS** the parties to consult and submit a Joint Recommendation to the Court suggesting the next steps to be taken in the case, including whether any further amendment of the Amended Complaint is

necessary, what the time for the President to file an Answer herein should be, what the general outline of any proposed discovery should be, and any other matter the parties deem appropriate to bring to the attention of the Court.

   a. The Joint Recommendation shall be submitted within twenty-one (21) days hereof.

3. The Court **DEFERS** ruling on the President's Motion to Dismiss the individual capacity claims against him (ECF No. 112).

4. Any further hearing to consider the arguments in Defendant's Individual Capacity Motion to Dismiss will be set in consultation with counsel.

_____/s/_____
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**
