THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**Greenbelt Division**

| | |
|---|---|
| THE DISTRICT OF COLUMBIA and THE STATE OF MARYLAND,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States of America, in his official and in his individual capacity,<br><br>*Defendants*. | Civil Action No. 8:17-cv-01596-PJM |

## PROPOSED SCHEDULE OF DISCOVERY

Pursuant to this Court's Order dated November 2, 2018 (ECF No. 136), Plaintiffs submit the following proposed Schedule of Discovery, consistent with the Schedule set out in the earlier Joint Report made to the Court pursuant to Federal Rule of Civil Procedure 26(f) (ECF No. 132). Plaintiffs have adjusted the proposed discovery deadlines to provide approximately six months for fact discovery and two months for expert discovery, as contemplated by the parties' Joint Report.

**I.    Discovery Plan**

    **A.    Initial Disclosures**

The parties agree that the disclosures required by Rule 26(a)(1)(A) need not be made until five business days after the Court enters the Scheduling Order.

    **B.    Fact Discovery**

Fact discovery will conclude 180 days after the Court enters a scheduling order, with all discovery requests to be served at least 30 days in advance such that the responses are due on or before the close of discovery.

### C. Expert Discovery

Disclosures of expert witnesses will be due 190 days after the Court enters a scheduling order. Expert discovery will conclude 240 days after the Court enters a scheduling order.

Dated: November 21, 2018                                Respectfully submitted,

| THE STATE OF MARYLAND | THE DISTRICT OF COLUMBIA |
|---|---|
| BRIAN E. FROSH<br>Attorney General of Maryland<br>STEVEN M. SULLIVAN<br>Solicitor General<br>Federal Bar No. 24930 | KARL A. RACINE<br>Attorney General for the District of Columbia<br>NATALIE O. LUDAWAY<br>Chief Deputy Attorney General<br>Federal Bar No. 12533 |
| */s/ Leah J. Tulin*<br>LEAH J. TULIN<br>Federal Bar No. 20083<br>Assistant Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>T: (410) 576-6962<br>F: (410) 576-6955<br>ltulin@oag.state.md.us | */s/ Stephanie E. Litos*<br>STEPHANIE E. LITOS*<br>Assistant Deputy Attorney General<br>Civil Litigation Division<br>441 Fourth Street, N.W.<br>Washington, D.C. 20001<br>T: (202) 724-6650<br>F: (202) 741-0647<br>stephanie.litos@dc.gov |
| NORMAN L. EISEN<br>Federal Bar No. 09460<br>neisen@citizensforethics.org<br>LAURA C. BECKERMAN*<br>lbeckerman@citizensforethics.org<br>STUART C. MCPHAIL*<br>smcphail@citizensforethics.org<br>Citizens for Responsibility and Ethics<br>  in Washington<br>1101 K Street, N.W., Suite 201<br>Washington, D.C. 20005<br>T: (202) 408-5565<br>F: (202) 588-5020 | JOSEPH M. SELLERS<br>Federal Bar No. 06284<br>jsellers@cohenmilstein.com<br>CHRISTINE E. WEBBER*<br>Cohen Milstein Sellers & Toll PLLC<br>1100 New York Avenue, N.W.<br>Washington, D.C. 20005<br>T: (202) 408-4600<br><br>*Attorneys for Plaintiffs*<br><br>*\*admitted pro hac vice* |
| DEEPAK GUPTA*<br>deepak@guptawessler.com<br>DANIEL TOWNSEND*<br>Gupta Wessler PLLC<br>1900 L Street, N.W.<br>Washington, D.C. 20009<br>T: (202) 888-1741 | |