**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**PETER J. MESSITTE**                                                                               **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                        **GREENBELT, MARYLAND  20770**
                                                                                                                  **301-344-0632**

### MEMORANDUM

TO:        Counsel of Record

FROM:    Judge Peter J. Messitte

RE:        The District of Columbia et al. v. Trump
             Civil No. PJM 17-1596

DATE:    November 27, 2018

                                                                 * * *

The Court has received Plaintiffs' proposed schedule for discovery (ECF No. 138). Defense counsel are directed to promptly advise the Court if they plan to submit a response to the proposed schedule. If so, the response should be submitted to the Court no later than Friday, November 30. Otherwise, the Court finds the proposed schedule reasonable and will issue a Scheduling Order on Monday, December 30, 2018, incorporating the suggested deadlines.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

                                                                                     /s/
                                                     PETER J. MESSITTE
                                       UNITED STATES DISTRICT JUDGE

cc:       Court File