## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE DISTRICT OF COLUMBIA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States and in his individual capacity, <br><br> *Defendants*. | No. 8:17-cv-1596-PJM |

## RESPONSE OF THE PRESIDENT, IN HIS OFFICIAL CAPACITY, TO PLAINTIFFS' PROPOSED DISCOVERY SCHEDULE

Pursuant to this Court's Order dated November 27, 2018 (ECF No. 140), directing defense counsel to promptly advise the Court whether they object to Plaintiffs' proposed discovery schedule (ECF No. 138), undersigned counsel for the President in his official capacity respectfully advise the Court as follows:

The Solicitor General of the United States has authorized the filing in the U.S. Court of Appeals for the Fourth Circuit of a petition for writ of mandamus against this Court's orders declining to dismiss the case and to certify an interlocutory appeal, as well as an application for a stay of district court proceedings pending resolution of the mandamus petition. Accordingly, the President does not believe that discovery should commence now but should await the Court of Appeals' resolutions of the mandamus petition and stay application. If this Court nevertheless finds that discovery should proceed now, then the President does not object to the discovery schedule proposed by Plaintiffs.

Dated: November 30, 2018

Respectfully Submitted:

JOSEPH H. HUNT
Assistant Attorney General

BRETT A. SHUMATE
Deputy Assistant Attorney General

JENNIFER D. RICKETTS
Director, Federal Programs Branch

ANTHONY J. COPPOLINO
Deputy Director

/s/ *Jean Lin*
JEAN LIN
Special Counsel
JAMES R. POWERS
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Phone: (202) 514-3716
Fax: (202) 616-8202
Email: jean.lin@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on November 30, 2018, I electronically filed a copy of the foregoing. Notice of this filing will be sent via email to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jean Lin*
JEAN LIN