# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE DISTRICT OF COLUMBIA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States and in his individual capacity,<br><br>*Defendant*. | No. 8:17-cv-1596-PJM<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that Defendant Donald J. Trump, in his individual capacity, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the District Court's effective denial of his motion to dismiss (Doc 112) before initiating pre-trial procedures, and docket entries 101, 102, 111, 123, 124, 135, 136, and 145 (as well as related and incorporated docket entries).

Respectfully submitted,

*/s/ William S. Consovoy*
William S. Consovoy (No. 20397)
Thomas R. McCarthy
Bryan K. Weir
CONSOVOY MCCARTHY PARK PLLC
3033 Wilson Blvd., Suite 700
Arlington, VA 22201
T: (703) 243-9423
F: (703) 243-8696
will@consovoymccarthy.com

Patrick N. Strawbridge
CONSOVOY MCCARTHY PARK PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, Massachusetts 02109
T: (617) 227-0548

December 14, 2018                    *Attorneys for Defendant in his individual capacity*

**CERTIFICATE OF SERVICE**

   I certify that on December 14, 2018, I electronically filed this document with the Clerk of Court for the U.S. District Court for the District of Maryland using the CM/ECF system, which will send notification of the filing to all counsel.

                   */s/ William S. Consovoy*
                   William S. Consovoy

                   *Attorney for Defendant in his individual capacity*