## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **THE DISTRICT OF COLUMBIA** | * | |
| and **THE STATE OF MARYLAND,** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil No. **PJM 17-1596** |
| | * | |
| **DONALD J. TRUMP,** | * | |
| *in his individual and official capacity* | * | |
| *as President of the United States*, | * | |
| | * | |
| Defendant. | * | |

## O R D E R

The Court is in receipt of President Trump's Motion for a Stay Pending Appeal (ECF No. 148), filed in his individual capacity, and his request for an expedited briefing schedule on that point. Given the pendency of discovery deadlines, the Court will adopt that schedule. It is accordingly, this 14th day of December, 2018,

**ORDERED**:

1)  Plaintiffs **SHALL** submit their response to the President's Motion to Stay Pending Appeal on Behalf of Defendant in his Individual Capacity, ECF No. 148, no later than Wednesday, December 19, 2018;

2)  The President **SHALL** submit his Reply no later than 5:00 p.m., Friday, December 21, 2018.

_____
/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE
