FILED:  December 17, 2018

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 18-2488
(8:17-cv-01596-PJM)

_____

DISTRICT OF COLUMBIA; STATE OF MARYLAND

Plaintiffs - Appellees

v.

DONALD J. TRUMP, President of the United States of America, in his official capacity and in his individual capacity

Defendant - Appellant

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:17-cv-01596-PJM |
| Date notice of appeal filed in originating court: | 12/14/2018 |
| Appellant (s) | Donald J. Trump |
| Appellate Case Number | 18-2488 |
| Case Manager | RJ Warren 804-916-2704 |