THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| THE DISTRICT OF COLUMBIA and THE STATE OF MARYLAND,<br><br>*Plaintiffs*,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States of America, in his official and in his individual capacity,<br><br>*Defendants*. | Civil Action No. 8:17-cv-01596-PJM |

**NOTICE OF VOLUNTARY DISMISSAL OF DONALD J. TRUMP, IN HIS INDIVIDUAL CAPACITY, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs the District of Columbia and the State of Maryland voluntarily dismiss without prejudice the above-captioned action against Donald J. Trump in his individual capacity to allow the claims against President Trump in his official capacity to move forward expeditiously.  This notice of dismissal is being filed with the Court before service of either an answer or a motion for summary judgment by Defendant Donald J. Trump in his individual capacity.  This notice shall not pertain to the claims brought against Defendant Donald J. Trump in his official capacity.

| | |
|---|---|
| Dated: December 19, 2018 | Respectfully submitted, |

| | |
|---|---|
| THE STATE OF MARYLAND | THE DISTRICT OF COLUMBIA |
| BRIAN E. FROSH<br>Attorney General of Maryland<br>STEVEN M. SULLIVAN<br>Solicitor General<br>Federal Bar No. 24930 | KARL A. RACINE<br>Attorney General for the District of Columbia<br>NATALIE O. LUDAWAY<br>Chief Deputy Attorney General<br>Federal Bar No. 12533 |
| */s/ Leah J. Tulin*<br>LEAH J. TULIN<br>Federal Bar No. 20083<br>Assistant Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>T: (410) 576-6962<br>F: (410) 576-6955<br>ltulin@oag.state.md.us | */s/ Stephanie E. Litos*<br>STEPHANIE E. LITOS*<br>Assistant Deputy Attorney General<br>Civil Litigation Division<br>441 Fourth Street, N.W.<br>Washington, D.C. 20001<br>T: (202) 724-6650<br>F: (202) 741-0647<br>stephanie.litos@dc.gov |
| NORMAN L. EISEN<br>Federal Bar No. 09460<br>neisen@citizensforethics.org<br>LAURA C. BECKERMAN*<br>lbeckerman@citizensforethics.org<br>STUART C. MCPHAIL*<br>smcphail@citizensforethics.org<br>Citizens for Responsibility and Ethics<br>  in Washington<br>1101 K Street, N.W., Suite 201<br>Washington, D.C. 20005<br>T: (202) 408-5565<br>F: (202) 588-5020 | JOSEPH M. SELLERS<br>Federal Bar No. 06284<br>jsellers@cohenmilstein.com<br>CHRISTINE E. WEBBER*<br>Cohen Milstein Sellers & Toll PLLC<br>1100 New York Avenue, N.W.<br>Washington, D.C. 20005<br>T: (202) 408-4600<br><br>*Attorneys for Plaintiffs*<br><br>*admitted pro hac vice |
| DEEPAK GUPTA*<br>deepak@guptawessler.com<br>DANIEL TOWNSEND*<br>Gupta Wessler PLLC<br>1900 L Street, N.W.<br>Washington, D.C. 20009<br>T: (202) 888-1741 | |