# THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| THE DISTRICT OF COLUMBIA and THE STATE OF MARYLAND, <br><br> *Plaintiffs*, <br><br> v. <br><br> DONALD J. TRUMP, President of the United States of America, in his official capacity, <br><br> *Defendant*. | Civil Action No. 8:17-cv-01596-PJM |

## PLAINTIFFS' SUGGESTION OF MOOTNESS REGARDING DEFENDANT'S STAY MOTION

On December 14, 2018, Defendant Donald J. Trump, in his individual capacity, filed a motion to stay all proceedings pending an interlocutory appeal in the Fourth Circuit. *See* ECF 148. On December 17, 2018, this Court entered an Order requesting that Plaintiffs' response to the motion to stay address whether the Court can dismiss without prejudice the claims against President Trump in his individual capacity, and if so, whether it should do so. *See* ECF 150. Plaintiffs subsequently filed a notice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure voluntarily dismissing without prejudice the claims against President Trump in his individual capacity. ECF 154. That dismissal is "self-executing, i.e., it is effective at the moment the notice is filed with the clerk and no judicial approval is required." *Marex Titanic, Inc. v. Wrecked and Abandoned Vessel*, 2 F.3d 544, 546 (4th Cir. 1993). The notice of dismissal of the claims against President Trump in his individual capacity renders his stay motion moot. *See In re Matthews*, 395 F.3d 477, 480 (4th Cir. 2005) ("A voluntary dismissal thus carries down with it . . . all pleadings, both of plaintiff and defendant, and all issues, with respect to plaintiff's claim." (internal quotation marks omitted)). Accordingly, Plaintiffs do not intend to file a response unless directed to do so by the Court.

Dated: December 19, 2018                                    Respectfully submitted,


THE STATE OF MARYLAND

BRIAN E. FROSH
Attorney General of Maryland
STEVEN M. SULLIVAN
Solicitor General
Federal Bar No. 24930

/s/ Leah J. Tulin
LEAH J. TULIN
Federal Bar No. 20083
Assistant Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
T: (410) 576-6962
F: (410) 576-6955
ltulin@oag.state.md.us

NORMAN L. EISEN
Federal Bar No. 09460
neisen@citizensforethics.org
LAURA C. BECKERMAN*
lbeckerman@citizensforethics.org
STUART C. MCPHAIL*
smcphail@citizensforethics.org
Citizens for Responsibility and Ethics
   in Washington
1101 K Street, N.W., Suite 201
Washington, D.C. 20005
T: (202) 408-5565
F: (202) 588-5020

DEEPAK GUPTA*
deepak@guptawessler.com
DANIEL TOWNSEND*
Gupta Wessler PLLC
1900 L Street, N.W.
Washington, D.C. 20009
T: (202) 888-1741

THE DISTRICT OF COLUMBIA

KARL A. RACINE
Attorney General for the District of Columbia
NATALIE O. LUDAWAY
Chief Deputy Attorney General
Federal Bar No. 12533

/s/ Stephanie E. Litos
STEPHANIE E. LITOS*
Assistant Deputy Attorney General
Civil Litigation Division
441 Fourth Street, N.W.
Washington, D.C. 20001
T: (202) 724-6650
F: (202) 741-0647
stephanie.litos@dc.gov

JOSEPH M. SELLERS
Federal Bar No. 06284
jsellers@cohenmilstein.com
CHRISTINE E. WEBBER*
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W.
Washington, D.C. 20005
T: (202) 408-4600


*Attorneys for Plaintiffs*

*admitted pro hac vice*