FILED:  December 20, 2018

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

_____

No. 18-2486
(8:17-cv-01596-PJM)

_____

In re: DONALD J. TRUMP, President of the United States of America, in his official capacity and in his individual capacity

      Petitioner

_____

O R D E R

_____

Upon consideration of submissions relative to petitioner's motion for stay, the court grants the motion and stays the district court proceedings pending proceedings before this court.  This case is scheduled for oral argument during the March 2019 term, March 19-21, 2019.

The parties should be prepared to argue not only the procedural issues regarding the mandamus petition but also the underlying issues of (1) whether the two Emoluments Clauses provide plaintiffs with a cause of action to seek injunctive relief and (2) whether the plaintiffs have alleged legally cognizable injuries sufficient to support standing to obtain relief against the President.

For the Court

/s/ Patricia S. Connor, Clerk