UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| THE DISTRICT OF COLUMBIA and THE STATE OF MARYLAND,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP, President of the United States of America, in his official capacity,<br><br>Defendant. | Civil Action No. 8:17-cv-01596-PJM |

### NOTICE OF WITHDRAWAL OF APPEARANCE OF NORMAN EISEN

To: The Clerk of Court and All Parties and Counsel of Record:

Please take notice that Norman Eisen withdraws his appearance as counsel on behalf of Plaintiffs the District of Columbia and the State of Maryland. All other counsel listed on the following page remain as attorneys of record for plaintiffs.

Dated: February 13, 2019

Respectfully submitted,

*/s/ Norman Eisen*
NORMAN EISEN

| THE STATE OF MARYLAND | THE DISTRICT OF COLUMBIA |
|---|---|
| BRIAN E. FROSH<br>Attorney General of Maryland<br>STEVEN M. SULLIVAN<br>Solicitor General<br>Federal Bar No. 24930 | KARL A. RACINE<br>Attorney General for the District of Columbia<br>NATALIE O. LUDAWAY<br>Chief Deputy Attorney General<br>Federal Bar No. 12533 |
| LEAH J. TULIN<br>Federal Bar No. 20083<br>Assistant Attorney General<br>200 Saint Paul Place, 20th Floor<br>Baltimore, Maryland 21202<br>T: (410) 576-6962<br>F: (410) 576-6955<br>ltulin@oag.state.md.us | STEPHANIE E. LITOS*<br>Assistant Deputy Attorney General<br>Civil Litigation Division<br>441 Fourth Street, N.W.<br>Washington, D.C. 20001<br>T: (202) 724-6650<br>F: (202) 741-0647<br>stephanie.litos@dc.gov |
| NOAH D. BOOKBINDER*<br>LAURA C. BECKERMAN<br>Federal Bar No. 20744<br>lbeckerman@citizensforethics.org<br>STUART C. MCPHAIL*<br>smcphail@citizensforethics.org<br>Citizens for Responsibility and Ethics<br>  in Washington<br>1101 K Street, N.W.<br>Washington, D.C. 20005<br>T: (202) 408-5565<br>F: (202) 588-5020 | JOSEPH M. SELLERS<br>Federal Bar No. 06284<br>jsellers@cohenmilstein.com<br>CHRISTINE E. WEBBER*<br>cwebber@cohenmilstein.com<br>Cohen Milstein Sellers & Toll PLLC<br>1100 New York Avenue, N.W.<br>Washington, D.C. 20005<br>T: (202) 408-4600<br><br>*Attorneys for Plaintiffs* |
| DEEPAK GUPTA*<br>deepak@guptawessler.com<br>DANIEL TOWNSEND*<br>Gupta Wessler PLLC<br>1900 L Street, N.W.<br>Washington, D.C. 20009<br>T: (202) 888-1741 | *admitted pro hac vice |