**UNPUBLISHED**

FILED: October 15, 2019

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-2488
(8:17-cv-01596-PJM)
_____

DISTRICT OF COLUMBIA; STATE OF MARYLAND

     Plaintiffs - Appellees

v.

DONALD J. TRUMP, President of the United States of America, in his official capacity and in his individual capacity

     Defendant - Appellant

------------------------------

SCHOLAR SETH BARRETT TILLMAN; JUDICIAL EDUCATION PROJECT

     Amici Supporting Appellant

FORMER GOVERNMENT ETHICS OFFICERS; DON FOX; MARILYN GLYNN; KAREN KUCIK; LAWRENCE D. REYNOLDS; AMY COMSTOCK RICK; TRIP ROTHSCHILD; RICHARD M. THOMAS; HARVEY WILCOX; LESLIE WILCOX

     Amici Supporting Appellees

ADMINISTRATIVE LAW, CONSTITUTIONAL LAW, AND FEDERAL COURTS SCHOLARS

     Amicus Supporting Rehearing Petition

_____

O R D E R

_____

A majority of judges in regular active service and not disqualified having voted in a requested poll of the court to grant the petition for rehearing en banc,

IT IS ORDERED that rehearing en banc is granted.

The parties and any amici curiae shall file 15 additional paper copies of their briefs and appendices previously filed in this case within 10 days.

This case is scheduled for oral argument on Thursday, December 12, 2019, in Richmond, Virginia.

        For the Court

        /s/ Patricia S. Connor, Clerk