FILED: June 12, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-2488
(8:17-cv-01596-PJM)

_____

DISTRICT OF COLUMBIA; STATE OF MARYLAND

      Plaintiffs - Appellees

v.

DONALD J. TRUMP, President of the United States of America, in his official capacity and in his individual capacity

      Defendant - Appellant

------------------------------

SCHOLAR SETH BARRETT TILLMAN; JUDICIAL EDUCATION PROJECT

      Amici Supporting Appellant

FORMER GOVERNMENT ETHICS OFFICERS; DON FOX; MARILYN GLYNN; KAREN KUCIK; LAWRENCE D. REYNOLDS; AMY COMSTOCK RICK; TRIP ROTHSCHILD; RICHARD M. THOMAS; HARVEY WILCOX; LESLIE WILCOX

      Amici Supporting Appellees

ADMINISTRATIVE LAW, CONSTITUTIONAL LAW, AND FEDERAL COURTS SCHOLARS

      Amicus Supporting Rehearing Petition

_____

STAY OF MANDATE UNDER
FED. R. APP. P. 41(d)(1)

_____

Under Fed. R. App. P. 41(d)(1), the timely filing of a petition for rehearing or rehearing en banc or the timely filing of a motion to stay the mandate stays the mandate until the court has ruled on the petition for rehearing or rehearing en banc or motion to stay. In accordance with Rule 41(d)(1), the mandate is stayed pending further order of this court.

*/s/Patricia S. Connor, Clerk*