FILED: July 9, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

No. 18-2486
(8:17-cv-01596-PJM)

———————

In re: DONALD J. TRUMP, President of the United States of America, in his official capacity and in his individual capacity,

    Petitioner.

------------------------------------------------------------

PROFESSOR CLARK D. CUNNINGHAM; PROFESSOR JESSE EGBERT,

    Amici Curiae,

SCHOLAR SETH BARRETT TILLMAN; JUDICIAL EDUCATION PROJECT,

    Amici Supporting Petitioner,

FORMER NATIONAL SECURITY OFFICIALS; COMMONWEALTH OF VIRGINIA; THE NISKANEN CENTER; REPUBLICAN WOMEN FOR PROGRESS; CHERI JACOBUS; TOM COLEMAN; EMIL H. FRANKEL; JOEL SEARBY; ADMINISTRATIVE LAW, CONSTITUTIONAL LAW, AND FEDERAL COURTS SCHOLARS; CERTAIN LEGAL HISTORIANS,

    Amici Supporting Respondents.

———————

O R D E R

———————

Upon consideration of submissions relative to the motion to extend the stay pending further proceedings at the Supreme Court in any petition arising from No. 18-2486, the Court grants the motion.

Entered at the direction of Judge Motz with the concurrences of Chief Judge Gregory, Judges Wilkinson, Niemeyer, King, Agee, Keenan, Diaz, Floyd, Thacker, Harris, Richardson, Quattlebaum, and Rushing. Judge Wynn voted to deny the motion.

For the Court

/s/ Patricia S. Connor, Clerk