FILED: July 17, 2020

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 18-2488
(8:17-cv-01596-PJM)

_____

DISTRICT OF COLUMBIA; STATE OF MARYLAND

  Plaintiffs - Appellees

v.

DONALD J. TRUMP, President of the United States of America, in his official capacity and in his individual capacity

  Defendant - Appellant

------------------------------

SCHOLAR SETH BARRETT TILLMAN; JUDICIAL EDUCATION PROJECT

  Amici Supporting Appellant

FORMER GOVERNMENT ETHICS OFFICERS; DON FOX; MARILYN GLYNN; KAREN KUCIK; LAWRENCE D. REYNOLDS; AMY COMSTOCK RICK; TRIP ROTHSCHILD; RICHARD M. THOMAS; HARVEY WILCOX; LESLIE WILCOX

  Amici Supporting Appellees

ADMINISTRATIVE LAW, CONSTITUTIONAL LAW, AND FEDERAL COURTS SCHOLARS

  Amicus Supporting Rehearing Petition

_____

## M A N D A T E
_____

The judgment of this court, entered May 14, 2020, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*