THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| THE DISTRICT OF COLUMBIA and THE STATE OF MARYLAND,<br><br>         *Plaintiffs*,<br><br> v.<br><br>DONALD J. TRUMP, President of the United States of America, in his official and in his individual capacity,<br><br>         *Defendants*. | Civil Action No. 8:17-cv-01596-PJM |

**RENEWED NOTICE OF VOLUNTARY DISMISSAL OF DONALD J. TRUMP, IN HIS INDIVIDUAL CAPACITY, PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs the District of Columbia and the State of Maryland voluntarily dismiss without prejudice the above-captioned action against Donald J. Trump in his individual capacity.[1]  This notice of dismissal is being filed with the Court before service of either an answer or a motion for summary judgment by Defendant Donald J. Trump in his individual capacity.  This notice shall not pertain to the claims brought against Defendant Donald J. Trump in his official capacity.

---

[1] Plaintiffs continue to maintain that their notice of voluntarily dismissal filed on December 18, 2018 (Dkt. 154) was effective upon filing, a question that the U.S. Court of Appeals for the Fourth Circuit sitting en banc did not reach.  Nevertheless, the Plaintiffs are renewing their Rule 41(a)(1)(A)(i) notice out of an abundance of caution and in view of the denial of individual capacity Defendant Donald J. Trump's motion to stay the mandate and the issuance of same.

Dated: July 17, 2020

BRIAN E. FROSH
Attorney General of Maryland

STEVEN M. SULLIVAN
Solicitor General
Federal Bar No. 24930

*/s/ Leah J. Tulin*
LEAH J. TULIN
Federal Bar No. 20083
Assistant Attorney General
200 Saint Paul Place, 20th Floor
Baltimore, Maryland 21202
T: (410) 576-6962
F: (410) 576-6955
ltulin@oag.state.md.us

DEEPAK GUPTA*
GUPTA WESSLER PLLC
1900 L Street, N.W.
Washington, D.C. 20009
T: (202) 888-1741

NOAH BOOKBINDER
LAURA C. BECKERMAN*
STUART C. MCPHAIL*
CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON
1101 K Street, NW, Suite 201
Washington, D.C. 20005
T: (202) 408-5565
F: (202) 588-5020
smcphail@citizensforethics.org

Respectfully submitted,

KARL A. RACINE
Attorney General for the District of Columbia

LOREN L. ALIKHAN*
Solicitor General

*/s/ Stephanie E. Litos*
STEPHANIE E. LITOS*
Assistant Deputy Attorney General
Civil Litigation Division
441 Fourth Street, N.W.
Washington, D.C. 20001
T: (202) 724-6650
F: (202) 741-0647
stephanie.litos@dc.gov

JOSHUA MATZ*
KAPLAN HECKER & FINK LLP
350 Fifth Avenue | Suite 7110
New York, NY 10118
T: (212) 763-0883
jmatz@kaplanhecker.com

JOSEPH M. SELLERS
Federal Bar No. 06284
CHRISTINE E. WEBBER*
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W.
Washington, D.C. 20005
T: (202) 408-4600
jsellers@cohenmilstein.com

*Attorneys for Plaintiffs*

*\*admitted pro hac vice*