UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**PETER J. MESSITTE**
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE
GREENBELT, MARYLAND  20770
301-344-0632

## MEMORANDUM

TO:     Counsel of Record

FROM:   Judge Peter J. Messitte

RE:     *The District of Columbia et al. v. Trump*
        Civil No. PJM 17-1596

DATE:   July 30, 2020

\* \* \*

The Court has received Plaintiffs' Renewed Notice of Voluntary Dismissal of Donald J. Trump, in his Individual Capacity, Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), ECF No. 182, and the President's response in opposition thereto, ECF No. 183.

The Court finds that the Notice was effective when filed and that no further action is needed by Plaintiffs or this Court to voluntarily dismiss without prejudice the above captioned matter against Donald J. Trump in his individual capacity.

Despite the informal nature of this ruling, it shall constitute an Order of the Court and the Clerk is directed to docket it accordingly.

/s/
PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE

cc:    Court File