IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE DISTRICT OF COLUMBIA, et al., *Plaintiffs*, v. DONALD J. TRUMP, in his official capacity as President of the United States and in his individual capacity, *Defendant*. | No. 8:17-cv-1596-PJM **NOTICE OF APPEAL** |

Notice is hereby given that Defendant Donald J. Trump, in his individual capacity, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the District Court's order (Doc. 187) approving the Plaintiffs' Notice of Voluntary Dismissal (Doc. 182), as well as related and incorporated docket entries.

Respectfully submitted,

*/s/ William S. Consovoy*
William S. Consovoy (No. 20397)
Thomas R. McCarthy
Bryan Weir
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Suite 700
Arlington, VA 22201
T: (703) 243-9423
F: (703) 243-8696
will@consovoymccarthy.com

Patrick Strawbridge
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, Massachusetts 02109
T: (617) 227-0548

July 30, 2020                                      *Attorneys for Defendant in his individual capacity*

1

## CERTIFICATE OF SERVICE

I certify that on July 30, 2020, I electronically filed this document with the Clerk of Court for the U.S. District Court for the District of Maryland using the CM/ECF system, which will send notification of the filing to all counsel.

*/s/ William S. Consovoy*
William S. Consovoy

*Attorney for Defendant in his individual capacity*
