# Supreme Court of the United States
## Office of the Clerk
### Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

January 25, 2021

Clerk
United States Court of Appeals for the Fourth Circuit
1100 East Main Street
Room 501
Richmond, VA  23219

Re:  Donald J. Trump, President of the United States
v. District of Columbia, et al.
No. 20-331
(Your No. 18-2486)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion of Scholar Seth Barrett Tillman, et al. for leave to file a brief as *amici curiae* is granted.  The petition for a writ of certiorari is granted.  The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Fourth Circuit with instructions to dismiss the case as moot.  See *United States* v. *Munsingwear, Inc.*, 340 U. S. 36 (1950).

The judgment or mandate of this Court will not issue for at least twenty-five days pursuant to Rule 45.  Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk