# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 26, 2021

Clerk
United States Court of Appeals
  for the Fourth Circuit
Lewis F. Powell Jr. Courthouse and
  Annex
1100 E. Main Street, Suite 501
Richmond, VA 23219-3517

       **Re:   Donald J. Trump, President of the United States
           v. District of Columbia, et al.,
           No. 20-331 (Your docket No. 18-2486)**

Dear Clerk:

       Attached please find a certified copy of the judgment of this Court in the above-entitled case.

       Sincerely,

       SCOTT S. HARRIS, Clerk

       By

       Hervé Bocage
       Judgments/Mandates Clerk

Enc.
cc:      All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 26, 2021

Ms. Loren L. AliKhan, Esq.
District of Columbia Office of the
 Attorney General
Office of the Solicitor General
400 Sixth Street, NW
Suite #8100
Washington, D. C. 20001

      **Re:   Donald J. Trump, President of the United States**
          **v. District of Columbia, et al.,**
          **No. 20-331**

Dear Ms. AliKhan:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

      Sincerely,

      SCOTT S. HARRIS, Clerk

      By         *Herve Bocage*

      Herve' Bocage
      Judgments/Mandates Clerk

cc:  Clerk, USCA 4th Circuit
     (Your docket No. 18-2486)

# Supreme Court of the United States

### No. 20-331

### DONALD J. TRUMP, PRESIDENT OF THE UNITED STATES,

Petitioner

v.

### DISTRICT OF COLUMBIA, ET AL.

**ON PETITION FOR WRIT OF CERTIORARI** to the United States Court of Appeals for the Fourth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the petition for writ of certiorari is granted. The judgment of the above court in this cause is vacated, and the case is remanded to the United States Court of Appeals for the Fourth Circuit with instructions to dismiss the case as moot. See *United States* v. *Munsingwear, Inc.,* 340 U. S. 36 (1950).

January 25, 2021

A True copy SCOTT S. HARRIS

Clerk of the Supreme Court of the United States