FILED: March 9, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-2486

In re: DONALD J. TRUMP, President of the United States of America, in his official capacity and in his individual capacity,

        Petitioner.

------------------------------------------------------------

PROFESSOR CLARK D. CUNNINGHAM; PROFESSOR JESSE EGBERT,

        Amici Curiae,

SCHOLAR SETH BARRETT TILLMAN; JUDICIAL EDUCATION PROJECT,

        Amici Supporting Petitioner,

FORMER NATIONAL SECURITY OFFICIALS; COMMONWEALTH OF VIRGINIA; THE NISKANEN CENTER; REPUBLICAN WOMEN FOR PROGRESS; CHERI JACOBUS; TOM COLEMAN; EMIL H. FRANKEL; JOEL SEARBY; ADMINISTRATIVE LAW, CONSTITUTIONAL LAW, AND FEDERAL COURTS SCHOLARS; CERTAIN LEGAL HISTORIANS,

        Amici Supporting Respondents.

ORDER

The Supreme Court of the United States granted Donald J. Trump's petition for a writ of certiorari, vacated the judgment of this court, and remanded the case with instructions to dismiss it as moot under *United States v. Munsingwear, Inc.*, 340 U.S. 36

(1950). In obedience to the mandate of the Supreme Court, we remand this case to the district court with instructions to dismiss the case as moot.

                    FOR THE COURT

                    /s/Patricia S. Connor

                        Clerk