FILED: March 9, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1839
(8:17-cv-01596-PJM)

_____

DISTRICT OF COLUMBIA; STATE OF MARYLAND

       Plaintiffs - Appellees

v.

DONALD J. TRUMP, President of the United States of America, in his official capacity and in his individual capacity

       Defendant - Appellant

-------------------------------

SCHOLAR SETH BARRETT TILLMAN; JUDICIAL EDUCATION PROJECT

       Amici Supporting Appellant

_____

J U D G M E N T

_____

The Supreme Court of the United States has remanded this case to this court for further action.

In accordance with the decision of this court, the judgment of the district

court is vacated. This case is remanded to the district court for further consideration.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK