FILED: May 4, 2021

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 20-1839
(8:17-cv-01596-PJM)

_____

DISTRICT OF COLUMBIA; STATE OF MARYLAND

 Plaintiffs - Appellees

v.

DONALD J. TRUMP, President of the United States of America, in his official capacity and in his individual capacity

 Defendant - Appellant

------------------------------

SCHOLAR SETH BARRETT TILLMAN; JUDICIAL EDUCATION PROJECT

 Amici Supporting Appellant

_____

M A N D A T E

_____

 The judgment of this court, entered March 9, 2021, takes effect today.

 This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

 */s/Patricia S. Connor, Clerk*