IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THE DISTRICT OF COLUMBIA<br>and THE STATE OF MARYLAND,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DONALD J. TRUMP,<br>*individually and in his official capacity*<br>*as President of the United States,*<br><br>　　　　Defendant. | *<br>*<br>*<br>*<br>*<br>*　Civil No. **17-1596 PJM**<br>*<br>*<br>*<br>*<br>* |

### FINAL ORDER OF JUDGMENT

Upon receipt of the judgment of the U.S. Court of Appeals for the Fourth Circuit, in obedience to the mandate of the U.S. Supreme Court, it is, this 11th day of May 2021,

**ORDERED**

1. This case is **DISMISSED AS MOOT**.

2. The clerk of the Court is directed to **CLOSE** this case.

　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　PETER J. MESSITTE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE